## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Ryan M. Mackey                                    CHAPTER 13
       Valerie A. Mackey
          <u>Debtor(s)</u>                    BKY. NO. 20-70247 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of State Farm Bank, F.S.B. and index same on the master mailing list.


               Respectfully submitted,

               **/s/James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               Attorney I.D. No. 42524
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA 19106
               412-430-3594
               jwarmbrodt@kmllawgroup.com