Form 150

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bankruptcy Case No.: 20-70247-JAD
Related To Doc. No. 28
Chapter: 13
Docket No.: 31 - 28
Conciliation Conference Date: 8/13/20 at 09:30 AM

**Ryan M Mackey**
Debtor(s)

Valerie A Mackey

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __6th__ day of __July__, __2020__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    Via U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

    See attached list

Executed on __July 6, 2020__        __/s/ Terry L. Graffius__
          (Date)                          (Signature)

Terry L. Graffius, Esquire, Leventry, Haschak & Rodkey, LLC.,
(Type Name and Mailing Address of Person Who Made Service)
1397 Eisenhower Blvd., Richaland Square III, Suite 202, Johnstown, PA 15904

```
AAS Debt Recovery, Inc.
2526 Monroeville Blvd.
Suite 205
Monroeville, PA 15146

Altoona OBGYN Associates
1701 12th Avenue
Suite A
Altoona, PA 16601

Altoona Ophthalmology Associates
600 E. Pleasant Valley Blvd.
Altoona, PA 16602

Blair County Tax Collection Bureau
P.O. Box 307
Duncansville, PA 16635-0307

Bob Williams
2340 Warrne Road
Suite 201
Indiana, PA 15701

Collection Service Center, Inc.
839 Fifth Avenue
New Kensington, PA 15068

Credit Control Collections
2410 Broad Avenue
Altoona, PA 16602

First Commonwealth Bank
2009 Pleasant Valley Blvd.
Altoona, PA 16602

Internal Revenue Service
Deborah L. Burkhart
Penn Traffic Bldg - Suite 100
319 Washington Street
Johnstown, PA 15901

Knisely & Sons, Inc.
125 East Pitt Street
Bedford, PA 15522

PA Department of Revenue
Bureau of Individual Taxes
P.O. Box 280432
Harrisburg, PA 17128-0432
```

AAS Debt Recovery, Inc.
2526 Monroeville Blvd.
Suite 205
Monroeville, PA 15146

Altoona OBGYN Associates
1701 12th Avenue
Suite A
Altoona, PA 16601

Altoona Ophthalmology Associates
600 E. Pleasant Valley Blvd.
Altoona, PA 16602

Blair County Tax Collection Bureau
P.O. Box 307
Duncansville, PA 16635-0307

Bob Williams
2340 Warrne Road
Suite 201
Indiana, PA 15701

Collection Service Center, Inc.
839 Fifth Avenue
New Kensington, PA 15068

Credit Control Collections
2410 Broad Avenue
Altoona, PA 16602

First Commonwealth Bank
2009 Pleasant Valley Blvd.
Altoona, PA 16602

Internal Revenue Service
Deborah L. Burkhart
Penn Traffic Bldg - Suite 100
319 Washington Street
Johnstown, PA 15901

Knisely & Sons, Inc.
125 East Pitt Street
Bedford, PA 15522

PA Department of Revenue
Bureau of Individual Taxes
P.O. Box 280432
Harrisburg, PA 17128-0432

```
Payrolling Partners, Inc.
777 Passaic Avenue
Suite 450
Clifton, NJ 07012

Quality Asset Recovery, LLC
7 Foster Avenue
Suite 101
QAR
Gibbsboro, NJ 08026

State Farm Bank C/O KML Law Group, P.C.
ATTN: Matthew K. Fissel
Suite 5000-BNY Mellon Independence Cntr
701 Market Street
Philadelphia, PA 19106

State Farm Federal Credit Union
P.O. Box 853944
Richardson, TX 75085-3944

Suchitra Gupta
6 North Ridge
Armonk, NY 10504

The Summit
2900 Plank Road
Suite 1
Altoona, PA 16601

Ronda Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburg, PA  15219
```