IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 20-70247-JAD |
| Ryan M. & Valerie A. Mackey, | : | |
| | : | Chapter 13 |
| *Debtors.* | : | |
| | : | |
| Ryan M. & Valerie A. Mackey, | : | |
| | : | |
| *Movant,* | : | |
| v. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| *Respondent.* | : | |

## CERTIFICATE OF SERVICE

**AND NOW**, this 6th day of July, 2020, I do hereby certify that a copy of the Order, 341 Meeting of Creditors Notice and Amended Schedules E/F were served via First-Class, U.S. Mail, postage prepaid on the following:

AAS Debt Recovery, Inc.
2526 Monroeville Blvd.
Suite 205
Monroeville, PA 15146

Altoona OBGYN Associates
1701 12th Avenue
Suite A
Altoona, PA 16601

Altoona Ophthalmology Associates
600 E. Pleasant Valley Blvd.
Altoona, PA 16602

Blair County Tax Collection Bureau
P.O. Box 307
Duncansville, PA 16635-0307

Bob Williams
2340 Warrne Road
Suite 201
Indiana, PA 15701

Collection Service Center, Inc.
839 Fifth Avenue
New Kensington, PA 15068

Credit Control Collections
2410 Broad Avenue
Altoona, PA 16602

First Commonwealth Bank
2009 Pleasant Valley Blvd.
Altoona, PA 16602

Internal Revenue Service
Deborah L. Burkhart
Penn Traffic Bldg - Suite 100
319 Washington Street
Johnstown, PA 15901

Knisely & Sons, Inc.
125 East Pitt Street
Bedford, PA 15522

PA Department of Revenue
Bureau of Individual Taxes
P.O. Box 280432
Harrisburg, PA 17128-0432

Payrolling Partners, Inc.
777 Passaic Avenue
Suite 450
Clifton, NJ 07012

Quality Asset Recovery, LLC
7 Foster Avenue
Suite 101
QAR
Gibbsboro, NJ 08026

State Farm Bank C/O KML Law Group, P.C.
ATTN: Matthew K. Fissel
Suite 5000-BNY Mellon Independence Cntr
701 Market Street
Philadelphia, PA 19106

State Farm Federal Credit Union
P.O. Box 853944
Richardson, TX 75085-3944

Suchitra Gupta
6 North Ridge
Armonk, NY 10504

The Summit
2900 Plank Road
Suite 1
Altoona, PA 16601

Ronda Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburg, PA  15219

/s/ Terry L. Graffius, Esquire
Terry L. Graffius, Esquire
PA I.D. 75999
Leventry, Haschak & Rodkey, LLC
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904
(814) 266-1799
tgraffius@lhrklaw.com