2100 B (12/15)

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA
## Case No. 20-70247-JAD
## Chapter 13

In re: Debtor(s) (including Name and Address)

Ryan M Mackey                         Valerie A Mackey
16 S. Park Lane                       16 S. Park Lane
Duncansville PA 16635                 Duncansville PA 16635

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/17/2020.

Name and Address of Alleged Transferor(s):          Name and Address of Transferee:

Claim No. 8: Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618

J.P. Morgan Mortgage Acquisition Corp.
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/19/20                         Michael R. Rhodes
                                         **CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 20-70247-JAD

Ryan M Mackey                                                               Chapter 13

Valerie A Mackey

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: mgut | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15259579 | + Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020                Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | |
| | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | |
| | on behalf of Creditor State Farm Bank  F.S.B. bnicholas@kmllawgroup.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@romanogarubo.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Terry L. Graffius | |

on behalf of Joint Debtor Valerie A Mackey tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius

on behalf of Debtor Ryan M Mackey tgraffius@lhrklaw.com  kmaris@lhrklaw.com

TOTAL: 7