2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 20-70247-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Ryan M Mackey
16 S. Park Lane
Duncansville PA 16635

Valerie A Mackey
16 S. Park Lane
Duncansville PA 16635

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/28/2020.

Name and Address of Alleged Transferor(s):

Claim No. 13: PHEAA, PO Box 8147, Harrisburg PA 17105

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 551169-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/31/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70247-JAD |
| Ryan M Mackey | Chapter 13 |
| Valerie A Mackey | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 2 |
| Date Rcvd: Dec 29, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15304074 | + PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2020              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor State Farm Bank  F.S.B. bnicholas@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@romanogarubo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Terry L. Graffius | |

District/off: 0315-7 | User: mgut | Page 2 of 2
Date Rcvd: Dec 29, 2020 | Form ID: trc | Total Noticed: 1

Terry L. Graffius
    on behalf of Joint Debtor Valerie A Mackey tgraffius@lhrklaw.com kmaris@lhrklaw.com

    on behalf of Debtor Ryan M Mackey tgraffius@lhrklaw.com kmaris@lhrklaw.com

TOTAL: 7