**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/12/2022

IN RE:

RYAN M MACKEY
VALERIE A MACKEY
16 S. PARK LANE
DUNCANSVILLE,  PA  16635
XXX-XX-6420         Debtor(s)

XXX-XX-7694

Case No.20-70247 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/12/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JCP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  5185 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:2   INT %:  5.00%<br>Court Claim Number:3<br><br>CLAIM:  76,686.36<br>COMMENT:  CL3GOV\*16-18/SCH\*0@6%/PL-STAT ISSUE | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1629 |
| **KNISELY & SONS INC.**<br>ATTN: BANKRUPTCY DEPT<br>125 EAST PITT ST<br><br>BEDFORD, PA  15522-2000 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT PROV/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:4   INT %:  5.00%<br>Court Claim Number:2-3<br><br>CLAIM:  13,968.28<br>COMMENT:  CL2-3GOV\*...1629\*13-17/SCH\*13-16/CL\*0@PL@6%/PL~STAT ISSUE\*AMD | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  6420 |
| **JPMORGAN MORTGAGE ACQUISITION CORP**<br>C/O RUSHMORE LOAN MANAGEMENT SVCS<br>PO BOX 52708<br><br>IRVINE, CA  92619-2708 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  0.00<br>COMMENT:  CL8GOV W/ NMPC\*801.08/PL\*DKT4PMT-LMT\*BGN 6/2020\*FR STATE FARM BANK-D( | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  6637 |
| **ROBERT WILLIAMS**<br>2340 WARREN RD STE 201<br><br>INDIANA, PA  15701 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  14,539.54<br>COMMENT:  BOB WILLIAMS\*2019 PERSONAL LOAN/SCH\*INSUFF POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PAYROLLING PARTNERS INC**<br>C/O WESTERMAN BALL EDERER MILLER ET AL<br>1201 RXR PLAZA<br><br>UNIONDALE, NY  11556 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  9,951.21<br>COMMENT:  NO NUM/SCH\*SVCS PERFORMED/CL\*INCURRED 4-2016/SCH\*INSUFF POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SUCHITRA GUPTA**<br>6 NORTH RIDGE<br><br>ARMONK, NY  10504 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ALSO LISTED/SCH G | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:2-3<br><br>CLAIM:  4,759.42<br>COMMENT:  CL2-3GOV\*...1629\*0@6%/PL\*2013-17/PL\*NO PRI/SCH\*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  6420 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:2-3<br><br>CLAIM:  1,203.34<br>COMMENT:  CL2-3GOV\*NO GEN UNS/SCH\*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6420 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **PINNACLE CREDIT SERVICES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 720.22<br>COMMENT: NT/SCH*CELLCO PARTNERSHIP*VERIZON*STALE*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 16,360.34<br>COMMENT: CL3GOV*0@6%/PL*2016-18/PL*NO PRI/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6420 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 8,123.94<br>COMMENT: CL3 GOV*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6420 |
| **JPMORGAN MORTGAGE ACQUISITION CORP**<br>C/O RUSHMORE LOAN MANAGEMENT SVCS<br>PO BOX 52708<br>IRVINE, CA  92619-2708 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 42,811.01<br>COMMENT: CL8GOV*$/CL-PL*THRU 5/2020*FR STATE FARM BANK-DOC 61 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6637 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 2,005.82<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7694 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 904.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6420 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 1,318.40<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7694 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 552.20<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6420 |
| **FIRST COMMONWEALTH BANK**<br>C/O AAS DEBT RECOVERY INC<br>POB 129*<br>MONROEVILLE, PA  15146 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 579.01<br>COMMENT: X80/SCH*/AMD F*7-2-20*CHECKING ACCNT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0790 |
| **FIRST COMMONWEALTH BANK**<br>C/O AAS DEBT RECOVERY INC<br>POB 129*<br>MONROEVILLE, PA  15146 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 720.84<br>COMMENT: X54/SCH*/AMD F*7-2-20*CHECKING ACCNT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1056 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/AMD F*7-2-20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT CONTROL COLLECTIONS**<br>2410 BROAD AVE<br><br>ALTOONA, PA 16601-1940 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TENNIS CLUB AND ATHLETIC CLUB/AMD F*7-2-20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2372 |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br><br>GIBBSBORO, NJ 08026 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /AMD F*7-2-20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4305 |
| **STATE FARM FEDERAL CRDT UNION**<br>ONE STATE FARM DR<br><br>CONCORDVILLE, PA 19339 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/AMD F*7-2-20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ALTOONA OB GYN ASSOC**<br>1701 12TH AVE BLD A<br><br>ALTOONA, PA 16601 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /AMD F*7-2-20 | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ALTOONA OPTHAMOLOGY ASSOCIATES**<br>600 EAST PLEASANT VALLEY BLVD<br><br>ALTOONA, PA 16602 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /AMD F*7-2-20 | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br><br>INDIANA, PA 15701 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /AMD F*7-2-20 | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **BLAIR COUNTY TAX COLLECTION BUREAU (EIT)**<br>ATTN: COLLECTOR DLNQ YRS<br>1419 3RD AVE<br>PO BOX 307<br>DUNCANSVILLE, PA 16635 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: STRICKEN/CONF*2618/PL*AMD SCH E*2016-19*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6420 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 59,508.01<br>COMMENT: NT/SCH*TIMELY@GU BAR*FR PHEAA-DOC 65 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6420 |