IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>Ryan M. Mackey<br>Valerie A. Mackey,<br>　　Debtor(s) | Case No. 20-70247-JAD<br><br>Chapter 13 |
| Ryan M. Mackey<br>Valerie A. Mackey,<br>　　Movant(s),<br>　- vs. -<br><br>Ronda J. Winnecour, Trustee,<br>　　Respondent. | |

**DOCUMENTARY PROOF OF PAYMENT**

The undersigned, Counsel for Ryan M. Mackey and Valerie A. Mackey, Debtors in the above captioned case, after review of the documentation, and the Court's Order hereby declares:

1. Debtors paid $5.000.00 to the Chapter 13 Trustee to arrearages due in the above-captioned matter via money orders made payable to the United States Trustee, Attached is Exhibit "A."

Dated: 12/1/2022

/s/　Terry L. Graffius
Name: Terry L. Graffius
Attorney I.D.: 75999
Address: 1397 Eisenhower Blvd Richland Square III, Suite 202, Johnstown, PA 15904
Phone #: (814) 266-1799
Facsimile #: (814) 266-5108
E-Mail: tgraffius@lhrklaw.com

## Proof of payment

Ryan Mackey <ryanmmackey1@gmail.com>
Thu 12/1/2022 4:40 PM
To: Terry Graffius <TGraffius@lhrklaw.com>





# Proof of payment

Ryan Mackey <ryanmmackey1@gmail.com>
Thu 12/1/2022 4:40 PM
To: Terry Graffius <TGraffius@lhrklaw.com>



## Proof of payment

Ryan Mackey <ryanmmackey1@gmail.com>
Thu 12/1/2022 4:39 PM
To: Terry Graffius <TGraffius@lhrklaw.com>



Attached to this and the subsequent emails are the proof of payment and tracking information. Please call me at 814-207-2185 if you have any questions or need anything else.

Thanks,
Ryan Mackey

## Proof of payment

Ryan Mackey <ryanmmackey1@gmail.com>
Thu 12/1/2022 4:40 PM
To: Terry Graffius <TGraffius@lhrklaw.com>





USPS Postal Money Order
Serial Number: 27744306265
Date: 2022-12-01
Amount: $1,000.00
Post Office: 16635
Clerk: 01

Pay to: Ronda Winneconne
Address: P.O. Box 84051
Chicago, IL 60689
Memo: Case # 20-70247 JAD

From: Ryan Mackey
Address: 16 S Park Ln
Danversville, PA 16635