**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RYAN M MACKEY<br>VALERIE A MACKEY<br>　　　Debtor(s) | Case No.:20-70247 JAD |
| Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 05/19/2020  and confirmed on 06/24/2020 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,444.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,444.00 |
| Administrative Fees | | |
| 　　Filing Fee | 0.00 | |
| 　　Notice Fee | 0.00 | |
| 　　Attorney Fee | 0.00 | |
| 　　Trustee Fee | 3,487.63 | |
| 　　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,487.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　JPMORGAN MORTGAGE ACQUISITION CO | 0.00 | 28,304.33 | 0.00 | 28,304.33 |
| 　　Acct: 6637 | | | | |
| 　JPMORGAN MORTGAGE ACQUISITION CO | 42,811.01 | 12,020.27 | 0.00 | 12,020.27 |
| 　　Acct: 6637 | | | | |
| 　INTERNAL REVENUE SERVICE* | 76,686.36 | 18,479.70 | 7,378.81 | 25,858.51 |
| 　　Acct: 1629 | | | | |
| 　KNISELY & SONS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PA DEPARTMENT OF REVENUE* | 13,968.28 | 3,366.05 | 1,402.21 | 4,768.26 |
| 　　Acct: 6420 | | | | |
| | | | | 70,951.37 |
| Priority | | | | |
| 　TERRY L GRAFFIUS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　RYAN M MACKEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　RYAN M MACKEY | 5.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LEVENTRY HASCHAK & RODKEY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 4,759.42 | 0.00 | 0.00 | 0.00 |
| Acct: 6420 | | | | |
| INTERNAL REVENUE SERVICE* | 16,360.34 | 0.00 | 0.00 | 0.00 |
| Acct: 6420 | | | | |
| BLAIR COUNTY TAX COLLECTION BUREA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6420 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0247 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| ROBERT WILLIAMS | 14,539.54 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAYROLLING PARTNERS INC | 9,951.21 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SUCHITRA GUPTA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 1,203.34 | 0.00 | 0.00 | 0.00 |
| Acct: 6420 | | | | |
| PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| INTERNAL REVENUE SERVICE* | 8,123.94 | 0.00 | 0.00 | 0.00 |
| Acct: 6420 | | | | |
| UPMC HEALTH SERVICES | 2,005.82 | 0.00 | 0.00 | 0.00 |
| Acct: 7694 | | | | |
| UPMC HEALTH SERVICES | 904.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6420 | | | | |
| UPMC PHYSICIAN SERVICES | 1,318.40 | 0.00 | 0.00 | 0.00 |
| Acct: 7694 | | | | |
| UPMC PHYSICIAN SERVICES | 552.20 | 0.00 | 0.00 | 0.00 |
| Acct: 6420 | | | | |
| FIRST COMMONWEALTH BANK** | 579.01 | 0.00 | 0.00 | 0.00 |
| Acct: 0790 | | | | |
| FIRST COMMONWEALTH BANK** | 720.84 | 0.00 | 0.00 | 0.00 |
| Acct: 1056 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2372 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4305 | | | | |
| STATE FARM FEDERAL CRDT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECMC(*) | 59,508.01 | 0.00 | 0.00 | 0.00 |
| Acct: 6420 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5185 | | | | |
| EVEY BLACK ATTORNEYS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMMONWEALTH OF PA - DEPT OF LABO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALTOONA OB GYN ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALTOONA OPTHAMOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | \* \* \* N O N E \* \* \* | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | | 70,956.37 |
| TOTAL CLAIMED | | | | | |
| PRIORITY | | 21,124.76 | | | |
| SECURED | | 133,465.65 | | | |
| UNSECURED | | 99.406.31 | | | |

Date: 11/08/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com